# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1155
Lower Tribunal No. 19-28531

————————

**93Pine Development, LLC,**
Appellant,

vs.

**Wilson Development, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Delgado Vega, PLLC, and Daniel R. Vega and Arielle J. Brazeal, for appellant.

Gastesi Lopez & Mestre, PLLC, and Raul R. Lopez and Jennifer M. Vazquez, for appellee Wilson Development, Inc.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.